IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO.: 4:06cv212-SPM/WCS

CHRISTIE D. CHAMPAIGN,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon consideration, the Motion to Dismiss (doc. 3) filed by Plaintiff is granted. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The clerk shall close this case.

SO ORDERED this 27th day of July, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge